IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                                            Case No. 3:07cr135/RV

ARMANDO CARDON-CORTEZ,
  a/k/a "Vatto,"
JORGE GOMEZ-MONTES,
  a/k/a Raphael Hernandez,
GEORGE ARMAN SALMORAN-CALDERON
  a/k/a Francisco Corboso,
  a/k/a "Casper,"
and
AMBER J. GIRARD

_____

## SECOND PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Superseding Indictment in the above-entitled action, the United States sought forfeiture from the defendants, **ARMANDO CARDON-CORTEZ, JORGE GOMEZ-MONTES, GEORGE ARMAN SALMORAN-CALDERON, and AMBER J. GIRARD,** pursuant to Title 21, United States Code, Section 853(a)(1) and (2), the defendants interest in any property involved in the violations set forth in Count's One, Two, and Four of said Superseding Indictment;

AND WHEREAS, on or about February 15, 2008, the defendants, **ARMANDO CARDON-CORTEZ, JORGE GOMEZ-MONTES and GEORGE ARMAN SALMORAN-CALDERON** were found guilty of All Counts of the Superseding

FILED IN OPEN COURT THIS

_5-15-2008_

C... U. S. DISTRICT
CC..., NORTH. DIST. FLA.

Indictment; and **AMBER J. GIRARD** pled guilty to Counts One and Two of the Superseding Indictment;

AND WHEREAS, by virtue of said guilty verdicts and guilty plea, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of the defendants interests in said property, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

### IT IS HEREBY ORDERED:

1. That all of defendants rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. The property which is subject to forfeiture in this Order is as follows:

**$249,737.66 in United States Currency seized on November 5, 2007.**

3. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendants, **ARMANDO CARDON-CORTEZ, JORGE GOMEZ-MONTES, GEORGE ARMAN SALMORAN-CALDERON, and AMBER J. GIRARD,** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this ___ day of _May_, 2008.

ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE